

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2021

No. 04-21-00463-CV

**IN THE INTEREST OF M.M.,** et al., Children,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00974
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before **November 8, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

